DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

CHARITY L. PHILLIPS,

Appellant,

V.

COLLIER REFLECTIONS LLC d/b/a REFLECTIONS APARTMENTS,

Appellee.

NO. 2D2023-1765

————————————————

April 19, 2024

Appeal from the County Court for Hillsborough County; Jessica G. Costello, Judge.

Charity L. Phillips, pro se.

No appearance for Appellee.


PER CURIAM.

    Affirmed.

CASANUEVA, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.